# No. 16-4687

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA

*Plaintiff–Appellee*,

v.

HAMZA KOLSUZ

*Defendant–Appellant.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

**MOTION OF *AMICI CURIAE* AMERICAN CIVIL LIBERTIES
UNION, ACLU OF VIRGINIA, ACLU OF MARLYAND, ACLU OF
NORTH CAROLINA, ACLU OF SOUTH CAROLINA,
AND ACLU OF WEST VIRGINIA
TO GRANT *AMICI* LEAVE TO PARTICIPATE IN ORAL ARGUMENT
AND TO EXTEND ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the American Civil Liberties Union ("ACLU"), ACLU of Virginia, ACLU of North Carolina, ACLU of South Carolina, and ACLU of West Virginia (collectively, "amici") respectfully request that this Court extend the time allotted for oral argument by five minutes per side and grant amici leave to participate in argument on Defendant-Appellant's side. The Defendant-Appellant supports this motion, while

1

the Plaintiff-Appellee United States takes no position on this motion. In support of this motion, amici state as follows:

1. On March 20, 2017, amici filed a brief in support of the Defendant-Appellant with the consent of both parties.

2. On July 14, 2017, this Court tentatively calendared oral argument for the October 24-26, 2017 session.

3. Because of the importance of the issues raised by this case, amici respectfully request that the Court grant an additional five minutes of oral argument time per side to permit amici to participate in oral argument in this case.

4. This case presents an unusually important question: whether the Fourth Amendment requires that the government have a warrant or probable cause before searching a traveler's electronic device at the border. This is a question with which courts must grapple following the United States Supreme Court's decision in *Riley v. California*, 134 S. Ct. 2473 (2014). No Court of Appeals has directly addressed the question of how the protections of the Fourth Amendment apply to searches of electronic devices at the border post-*Riley*, and district courts have reached differing conclusions.

5. Amici's participation in argument will be of particular assistance to the Court because their amicus brief provided analysis and factual background not contained in the parties' briefs. Amici are well-placed to share with the Court their

2

expertise on this issue, with the American Civil Liberties Union and its state affiliates having previously represented the plaintiffs in two cases considering the proper standard under the Fourth Amendment for border searches of electronic devices.[1]

6.  If amici are granted leave to participate in oral argument, amici request that they be given an additional 5 minutes of time, in addition to the time allotted to counsel for Defendant-Appellant, and that the Plaintiff-Appellee's allotted time be consequently increased by 5 minutes.

7.  Counsel for Defendant-Appellant consents to this motion. Counsel for Plaintiff-Appellee takes no position on this motion.

**WHEREFORE**, amici respectfully request this Court to enter an order (1) granting amici leave to participate in oral argument and (2) extending the time otherwise allotted for oral argument by five minutes per side.

August 3, 2017                                Respectfully submitted,

/s/ Hope R. Amezquita                         Esha Bhandari
Hope R. Amezquita                             Nathan Freed Wessler
American Civil Liberties Union                Vera Eidelman*
   Foundation of Virginia, Inc.              American Civil Liberties Union
701 E. Franklin Street, Suite 1412               Foundation
Richmond, VA 23219                            125 Broad Street, 18th Floor
Phone: (804) 644-8080                         New York, NY 10004
Fax: (804) 649-2733                           Phone: (212) 549-2500

---

1 *See Abidor v. Napolitano*, 990 F. Supp. 2d 260 (E.D.N.Y. 2013); *House v. Napolitano*, 2012 WL 1038816 (D. Mass. Mar. 28, 2012).

3

hamezquita@acluva.org

David R. Rocah
American Civil Liberties Union
  Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
Phone: (410) 889-8555
Fax: (410) 366-7838
rocah@aclu-md.org

Irena Como
ACLU of North
  Carolina Legal
  Foundation, Inc.
P.O. Box 28004
Raleigh, NC 27611
Phone: (919) 834-3466
Fax: (866) 511-1344
icomo@aclunc.org

Fax: (212) 549-2654
ebhandari@aclu.org

Susan Dunn
ACLU of South Carolina
  Foundation
P.O. Box 20998
Charleston, SC 29413
Phone: (843) 720-1423
sdunn@aclusc.org

Jamie Lynn Crofts
ACLU of West Virginia
  Foundation
P.O. Box 3952
Charleston, WV 25339
Phone: (304) 345-9246
Fax: (304) 345-0207
jcrofts@acluwv.org

*Admitted to the State Bar of California*

*Counsel for amici curiae*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2017, the foregoing Motion was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

<u>/s/ Hope Amezquita</u>

Hope Amezquita