FILED: August 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4687
(1:16-cr-00053-TSE-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

HAMZA KOLSUZ

       Defendant - Appellant

-------------------------------

ELECTRONIC FRONTIER FOUNDATION; ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS; BRENNAN CENTER FOR JUSTICE; COUNCIL ON AMERICAN-ISLAMIC RELATIONS; CAIR CALIFORNIA; CAIR FLORIDA; CAIR MISSOURI; CAIR NEW YORK; CAIR OHIO; CAIR DALLAS/FORT WORTH; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; CAUSE OF ACTION INSTITUTE; COMMITTEE FOR JUSTICE; FLOOR64, INC.; AMERICAN CIVIL LIBERTIES UNION; ACLU OF VIRGINIA; ACLU OF MARYLAND; ACLU OF NORTH CAROLINA; ACLU OF SOUTH CAROLINA; ACLU OF WEST VIRGINIA

       Amici Supporting Appellant

_____

O R D E R

_____

Upon consideration of the unopposed motion of amici curiae American Civil Liberties Union, ACLU of Virginia, ACLU of Maryland, ACLU of North Carolina, ACLU of South Carolina, and ACLU of West Virginia to grant amici leave to participate in oral argument and to extend oral argument time, the court grants the motion.

The court extends the argument time for each side by five minutes. Amici are granted five minutes of appellant's time to argue in support of appellant.

For the Court

/s/ Patricia S. Connor, Clerk